UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVIA FADDIS,<br><br>       Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>       Defendant. | Case No. 3:25-cv-09123-TSH<br><br>Judge:   Hon. Thomas S. Hixson<br><br>(~~PROPOSED~~) **ORDER GRANTING AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint served: October 24, 2025<br>Current response date: November 14, 2025<br>New response date: December 15, 2025 |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

    1.    All proceedings in this matter are stayed through April 15, 2026 to permit Plaintiff to pursue an administrative appeal of Defendant's denial of long-term disability benefits.

    2.    The parties shall file a joint status report on or before April 15, 2026 advising the Court of the status of the appeal and whether the stay should be lifted or extended.

    3.    This stay is entered to facilitate record development and review in connection with Plaintiff's appeal.

Dated: December 10, 2025

                                            Hon. Thomas S. Hixson
                                            United States Magistrate Judge