**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| OLIVIA FADDIS,<br><br>                Plaintiff,<br><br>        v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY,<br><br>                Defendant. | Case No. 3:25-cv-09123-TSH<br><br>Judge:    Hon. Thomas S. Hixson<br><br>[PROPOSED] **ORDER CONTINUING STAY AND EXTENDING DEADLINE FOR JOINT STATUS REPORT**<br><br>Complaint served:       10/24/2025<br>Current response date:  04/15/2026<br>New response date:       07/14/2026 |

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1.    All proceedings in this matter shall remain stayed through July 14, 2026.

2.    The parties shall file a joint status report on or before July 14, 2026 advising the Court of the status of the administrative appeal and whether the stay should be lifted or extended.


Dated:  April 10, 2026        _____

                              Hon. Thomas S. Hixson
                              United States Magistrate Judge

1