**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| OLIVIA FADDIS, | Case No. 3:25-cv-09123-TSH |
|       Plaintiff, | Judge:   Hon. Thomas S. Hixson |
|     v. | **ORDER CONTINUING STAY AND EXTENDING DEADLINE FOR FURTHER JOINT STATUS REPORT** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
|       Defendant. | Complaint served:    10/24/2025<br>Current response date:  04/15/2026<br>New response date:    07/14/2026 |

Pursuant to the parties' joint status report and stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1.    All proceedings in this matter shall remain stayed through September 14, 2026.

2.    The parties shall file a further joint status report on or before September 14, 2026 advising the Court of the status of the reinstatement payments and the remaining claims, and whether the stay should be lifted or extended.

Dated:  July 14, 2026___

_____
Hon. Thomas S. Hixson
United States Magistrate Judge