Glenn R. Kantor, SBN 122643
gkantor@kantorlaw.net
Andrew M. Kantor, SBN 303093
akantor@kantorlaw.net
Timothy J. Rozelle, SBN 298332
trozelle@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff, Olivia Faddis

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant, Reliance Standard Life Insurance Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| OLIVIA FADDIS,<br><br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:25-cv-09123-TSH<br><br>Judge: Hon. Thomas S. Hixson<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(ii) AND ~~[PROPOSED]~~ ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is dismissed with prejudice against the defendant,

RELIANCE STANDARD LIFE INSURANCE COMPANY, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(ii), with each party bearing their own attorney's fees and costs.

Dated: September 21, 2026

KANTOR & KANTOR, LLP

By: */s/ Timothy J. Rozelle*
Glenn R. Kantor
Andrew M. Kantor
Timothy J. Rozelle
Attorneys for Plaintiff, Olivia Faddis

Dated: September 21, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Michael B. Bernacchi*
Daniel W. Maguire
Michael B. Bernacchi
Attorneys for Defendant, Reliance Standard Life Insurance Company

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Michael B. Bernacchi, counsel for Defendant, Reliance Standard Life Insurance Company, and that I have obtained Mr. Bernacchi's authorization to affix his electronic signature to this document.

Dated: September 21, 2026

KANTOR & KANTOR, LLP

*/s/ Timothy J. Rozelle*
Glenn R. Kantor
Andrew M. Kantor
Timothy J. Rozelle
Attorneys for Plaintiff, Olivia Faddis

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 21, 2026

By: ____________________________

The Honorable Thomas S. Hixson
United States Magistrate Judge